**Order entered December 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01103-CR

**NAYAH SIMONE DILWORTH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-88676-2018**

## ORDER

Before the Court is appellant's motion to file an amended certification of appellant's right to appeal. We **GRANT** the motion. The supplemental clerk's record containing the amended certification was filed December 16, 2019. The State's brief is currently due.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE